# AFFIDAVIT

1.     I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, and have been so employed since January 2016. Prior to becoming a Special Agent with ATF, I was a paralegal with the United States Attorney's Office for the District of Maryland – from August 2005 through January 2016. I completed the Criminal Investigator Training Program in Glynco, Georgia, and the ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. I earned a Juris Doctorate and a Master of Science degree in Negotiations and Conflict Management from the University of Baltimore. Additionally, I have a Bachelor of Arts degree in Philosophy and Psychology from Notre Dame of Maryland University. I have received firearms, arson, and explosives related training, and I have utilized a variety of investigative techniques and resources, including physical and electronic surveillance and various types of cooperating sources, in order to successfully conduct these investigations. Further, I have received periodic training in the fields of firearms, narcotics, arson and explosives investigation.

2.     As an ATF Special Agent, I conduct investigations involving violations of Federal firearms and narcotics laws. During my service with ATF, I have conducted criminal investigations involving the illegal possession of firearms and narcotics. Often such investigations utilize undercover agents and/or confidential informants. As a federal agent, I am authorized to investigate violations of United States laws and to execute search warrants and arrest warrants issued under the authority of the United States.

## PROBABLE CAUSE

3. On or about November 14, 2020, deputies with the Portage County Sheriff's Office ("PCSO") responded to 2140 Merrill Street, Franklin Township after receiving information about gunshots fired in the area. Interviews with witnesses in the area indicated a tan truck driving at a high rate of speed pulled into 2168 Erie Street, Ravenna, Ohio, parked in front of the garage, and began shooting a gun upon exiting the vehicle. While speaking to witnesses, deputies heard additional gunshots coming from 2168 Erie Street. Several minutes passed before deputies heard another gunshot, a male scream, and then additional gunshots fired in the direction of deputies hitting nearby trees. The license plate of the truck was queried through a law enforcement database and was determined to be registered to Michael Scott WALTERS.

4. PCSO deputies knocked on the front door of 2168 Erie Street. Chrystal Piros answered the door and told deputies that she and her fiancé, WALTERS, were present in the residence. WALTERS came to the door, was uncooperative and was subsequently removed from the residence and detained while the investigation continued.

5. Piros told deputies that WALTERS owns two firearms and that upon his return from the store within 30 minutes of officers arriving, she heard WALTERS shooting from the garage. Piros stated that WALTERS keeps his firearms in the garage and then took the deputies to the garage and pointed to where the two firearms could be found. Prior to the firearms being recovered, deputies observed spent shotgun and .25ACP caliber rounds on the floor and a desk in the garage in plain view.

6. Piros pointed to a boat that was parked in the garage. Deputies located a Glenfield, Model 50, 20 gauge bolt action shotgun (no serial number) within the boat. Next, Piros opened the drawer of a desk in the garage where deputies recovered a Davis Industries, Model D-25, .25ACP caliber

pistol (serial number 193854). Thirteen spent shotgun shells and 11 spent .25ACP caliber casings were recovered from the garage, along with unspent ammunition.

7. Detective Trent Springer informed WALTERS that the firearms had been located and he was being arrested. WALTERS did not deny that his DNA would be on the firearms.

8. WALTERS cannot legally possess firearms because on or about October 22, 2008, he was convicted of Trafficking in Drugs (F4) in the Cuyahoga County Court of Common Pleas, Case Number CR-08-560504-B. This conviction is a felony under federal law, and is punishable by a term of imprisonment exceeding one year. Additionally, on or about November 2, 2018, WALTERS was convicted of misdemeanor Domestic Violence in the Garfield Heights Municipal Court, Case Number CRB1801953.

9. An interstate-nexus expert with the ATF reviewed the Glenfield, Model 50, 20 gauge bolt action shotgun (no serial number), and the Davis Industries, Model D-25, .25ACP caliber pistol (serial number 193854) and opined that each was manufactured outside of the state of Ohio, and had, therefore, traveled in and affected interstate and/or foreign commerce.

## CONCLUSION

10. Based upon the above listed facts and circumstances, there is probable cause to believe that Michael Scott WALTERS was a felon in possession of firearms on November 14, 2020, in violation of Title 18, United States Code, Sections 922(g)(1).

Elizabeth Gardner, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3) this 16th day of November, 2020.

Honorable Carmen E. Henderson
United States Magistrate Judge
Northern District of Ohio
Eastern Division